# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## DOCKET NO. 3:18-CR-200-MOC-DSC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| v. ) | **ORDER** |
| KEITH ANTONIO BARNETT, ) | |
| Defendant. ) | |

**THIS MATTER IS BEFORE THE COURT** on the *pro se* "Motion For Return Of Funds" (Document No. 32) filed June 14, 2018. Having carefully considered the motion and the record, the undersigned will <u>deny</u> the motion without prejudice. The undersigned notes that Defendant is represented by appointed counsel, Randolph Marshall Lee. It is the practice of the Court that when a Defendant is represented by counsel, all motions should be filed through counsel of record.

**IT IS THEREFORE ORDERED** that the *pro Se* "Motion For Return Of Funds" (Document No. 32) is hereby **DENIED WITHOUT PREJUDICE**. Defendant may re-file his motion, if desired, through his counsel, Randolph Marshall Lee.

Signed: July 24, 2018

David C. Keesler
United States Magistrate Judge