UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cr-200-MOC-DSC-1

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| Vs. ) | ORDER |
| ) | |
| **KEITH ANTONIO BARNETT,** ) | |
| ) | |
| Defendant. ) | |

**THIS MATTER** is before the court on defendant's pro se letter, which was docketed as a "Motion for Acquittal Pursuant to Rule 29." (#69). A jury returned a guilty verdict against defendant in this matter on November 20, 2018, and defendant was represented by counsel when he filed his pro se motion on March 14, 2019.[1] On this basis, defendant's motion is dismissed, as the Local Criminal Rules prohibit pro se pleadings where defendant is represented by counsel. LCrR 47.1(g); see also United States v. Carranza, 645 F. App'x 297, 300 (4th Cir. 2016) ("A criminal defendant has no statutory or constitutional right to proceed pro se while simultaneously being represented by counsel" and "[a]ccordingly, the district court was not obligated to consider [the defendant's] pro se motions").

Having thus considered defendant's motion, the court issues the following Order.

**ORDER**

---

[1] Defendant was sentenced on July 22, 2019, and his direct appeal is pending before the Fourth Circuit.

**IT IS, THEREFORE, ORDERED** that defendant's *pro se* "Motion for Acquittal Pursuant to Rule 29" (#69) is **DENIED**.

Signed: September 3, 2019

Max O. Cogburn Jr.
United States District Judge