UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-CR-200-MOC-DSC-1

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Vs. | ) | ORDER |
| | ) | |
| KEITH ANTONIO BARNETT, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's pro se letter, in which he asks this Court to "subpoena" various witnesses, to provide the names of grand jurors, and to give him legal advice as to his rights under the First Step Act. (Doc. No. 87).

To the extent that Defendant's letter can be construed as a motion, the motion is **DENIED**, as Defendant is not entitled to obtain subpoena orders from the Court on his First Step Act claim, nor is he entitled to legal advice from this Court as to his rights under the First Step Act. Finally, he is not entitled to be given the names of the grand jurors in his underlying criminal case.

**IT IS SO ORDERED.**

Signed: March 4, 2020

Max O. Cogburn Jr
United States District Judge

1