UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-CR-00200-MOC

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| KEITH ANTONIO BARNETT, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER** comes before the Court on Defendant's *pro se* Motion to Reconsider, Doc. No. 92, and *pro se* Motion for New Trial, Doc. No. 91. Defendant was represented by counsel at trial and is currently represented by counsel on direct appeal. See United States v. Keith Barnett, No. 19-4557 (4th Cir.). Under Local Rule 41.7(g), this Court typically does not entertain *pro se* motions by parties who are already ably represented by counsel. Defendant is encouraged to consult with his counsel about filing any further motions, and the Court will gladly hear any motion Defendant's counsel makes on his behalf. Having thus considered Defendant's motion and reviewed the pleadings, the Court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Defendant's *pro se* Motion to Reconsider, Doc. No. 92, and *pro se* Motion for New Trial, Doc. No. 91, are **DENIED WITHOUT PREJUDICE.**

Signed: July 22, 2020

Max O. Cogburn Jr.
United States District Judge