UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-CR-200-MOC-DSC-1

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Vs. | ) **ORDER** |
| | ) |
| KEITH ANTONIO BARNETT, | ) |
| | ) |
| Defendant. | ) |

**THIS MATTER** is before the Court on Defendant's Pro Se Motion to Compel, in which he asks "for an order directing his trial attorney Randolph Lee to provide him with his complete file and records, including discovery material, within 20 days from entry of the Court's order." (Doc. No. 94 at 1).[1] Here, it is unclear to the Court whether defense counsel had an agreement with the Government not to turn over discovery materials to Defendant. See United States v. Butler, 2000 WL 134697, at *2 (D. Kan. Jan. 21, 2000) (holding defense counsel to agreement with government not to release discovery materials to the defendant; government's restrictive policy on the dissemination of discovery materials is necessary to avoid the further release of materials to others). Therefore, the Court will require the Government to respond, within 20 days, to Defendant's motion to assert what materials to which Defendant may be entitled from his former trial counsel.

**IT IS SO ORDERED.**

---

[1] Defendant's direct appeal is pending, and a different attorney is representing him on appeal.

1

Signed: August 21, 2020

Max O. Cogburn Jr
United States District Judge