UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:18-cr-00200-MOC-SCR

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| KEITH ANTONIO BARNETT, | ) | |
| Defendant. | ) | |

**THIS MATTER** is before the Court on Defendant's pro se Motion for Discovery. (Doc. No. 108). The Government has previously stated that Defendant waived his right to receive a copy of discovery when he signed a discovery agreement. (Doc. No. 105 at 1). Defendant contends that he never signed a discovery agreement.

## ORDER

**IT IS, THEREFORE, ORDERED** that within 20 days the Government shall file a copy of the signed discovery agreement or a response to Defendant's allegation that he never signed the discovery agreement.

Signed: July 28, 2023

Max O. Cogburn Jr.
United States District Judge